Beverly HILTS, Employee–Appellant,

v.

REED RUBBER COMPANY,
Employer–Respondent,

and

Insurance Company of North America,
Insurer–Respondent.

No. 66151.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 27, 1994.

Carla G. McBride, St. Louis, for appellant.

Cara L. Wilkins, St. Louis, for employer-respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Beverly Hilts, appeals from a judgment rendered by the Labor and Industrial Relations Commission denying her benefits for an injury she allegedly suffered while in the employ of respondent, Reed Rubber Company. We affirm. We have reviewed the briefs of the parties and the legal file and find the judgment of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the record as a whole, and no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the Labor and Industrial Relations Commission's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

Cheri HOLLIDAY, Appellant,

v.

Gerald LOVIN, Jr., Respondent.

No. 65626.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 27, 1994.

Charles P. Todt, Clayton, for appellant.

E. Darrell Davis Jr., St. Charles, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Cheri Holliday, appeals from an order entered in the Circuit Court of the County of St. Louis granting respondent's, Gerald Lovin, Jr.'s, motion to modify, awarding child support and attorneys fees. We affirm. We have reviewed the briefs of the parties and the legal file and find the judgment of the trial court is supported by substantial evidence, and no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.